UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FCC HOTEL TOWER, LLC,

    Plaintiff,

v.   Case No.: 2:23-cv-702-SPC-KCD

THOMAS DRUMMOND,
MBOR INVESTMENTS, LLC,
MBOR AMENITIES, LLC, and
MBOR RENTALS, LLC,

    Defendants.

## ORDER

Before the Court is the parties' Notice As To Consent to Magistrate [Judge], Trial Period, notifying the Court that they do not consent to trial before the magistrate judge and are available for trial October 7–17, 2025. (Doc. 106). Given the Court's busy docket, the Court cannot try this case on the parties' available trial dates. To facilitate setting this case for trial, the Court directs the parties as follows.

Accordingly, it is now:

**ORDERED:**

1. By **August 4, 2025**, the parties are **DIRECTED** to file a joint notice:

    a. briefly explaining the status of their state court post-trial mediation and how it relates to this case (if at all);

b. explaining whether a settlement conference with United States Magistrate Judge Nicholas P. Mizell would be fruitful at this point in the litigation or at any future time; and

c. providing all available dates for a five-day jury trial from September 2025 through December 2025.

**DONE and ORDERED** in Fort Myers, Florida on July 29, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record