UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FCC HOTEL TOWER, LLC,

      Plaintiff,

v.                                                                Case No.:   2:23-cv-702-SPC-DNF

THOMAS DRUMMOND,
MBOR INVESTMENTS, LLC,
MBOR AMENITIES, LLC, and
MBOR RENTALS, LLC,

      Defendants.

_____

## ORDER

This matter comes before the Court on *sua sponte* review of the file.  This action is scheduled to begin trial on April 6, 2026.  (Doc. 120).  However, the undersigned's docket continues to be inundated with emergency motions and time-sensitive habeas petitions—on top of the Court's usual heavy case load. As a result, the Court must regrettably continue the trial to the June 2026 trial term.  At that time, the case will be tried before United States Senior District Judge Virginia Hernandez Covington.

Instead of the final pretrial conference, currently scheduled for Monday, March 30, 2026, at 1:30 p.m. in the Fort Myers Courthouse, Judge Covington will conduct a status conference. The status conference will take place in-person before Judge Covington in the Sam M. Gibbons United States

Courthouse in Tampa, Courtroom 14B, on March 30 at 2:00 p.m. Any questions should be directed to Judge Covington's courtroom deputy clerk.

Accordingly, it is now:

**ORDERED:**

1. The April 6 trial is **CONTINUED** until the June 2026 trial term to be tried before United States Senior District Judge Virginia Hernandez Covington.

2. A status conference will take place before Judge Covington in the Tampa Federal Courthouse on **March 30, 2026, at 2:00 p.m.**

**DONE and ORDERED** in Fort Myers, Florida on March 25, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: District Judge Virginia Hernandez Covington
      All Parties of Record

2